IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| IZSAK, | No. C 13-05362 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 5, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 17, 2014.

DESIGNATION OF EXPERTS: 9/1/14; REBUTTAL: 9/19/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 17, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by October 31, 2014;

    Opp. Due November 14, 2014;  Reply Due November 21, 2014;

     and set for hearing no later than December 5, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 13, 2015 at 3:30 PM. (pt. docs due 1/6/15, oppos. to motions due 1/8/15)

JURY TRIAL DATE: January 20, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Wells Fargo is currently under a loan modification review.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/29/14

_____
SUSAN ILLSTON
United States District Judge