Matthew Mellen (SBN: 233350)
Sarah Adelaars (SBN: 281748)
Eunji Cho (SBN: 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:   (650) 638-0125

Attorneys for Plaintiff,
ANDOR IZSAK

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDOR IZSAK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a Delaware business entity; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:13-cv-05362 EDL<br><br>**JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE**<br><br>*[Assigned to the Honorable Susan Illston]*<br><br>Complaint Filed:  October 18, 2013<br>FAC Filed:            February 24, 2014<br>Trial Date:            January 20, 2015 |

1

Plaintiff ANDOR IZSAK ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant"), by and through their attorneys, hereby stipulate and agree as follows:

1. The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Each party shall bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 18, 2014

Respectfully submitted,

MELLEN LAW FIRM

By: _____
Eunji Cho, Esq.
Attorneys for Plaintiff
ANDOR IZSAK

Dated: September 17, 2014

Respectfully submitted,

SEVERSON & WERSON

By: _____
Jason Richardson, Esq.
Attorneys for Defendant
WELLS FARGO BANK, N.A.